IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 96.248.95.37

**ISP:** Verizon Internet Services
**Physical Location:** Hightstown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/25/2016 13:23:46 | 65EB12B555CF67190D2142A20D4A531068A9AD6A | Cum For A Ride |
| 10/02/2016 21:28:25 | 15681E87D987C6564BD59BA0B61AF9A67B2D7FAB | Caprice Swaps Cocks |
| 09/19/2016 23:38:02 | 80ED9D4F91BF0532B8C47CDDCDE3C775C23B5565 | Luvv Me Tender |
| 08/31/2016 22:46:13 | 23D528E11EB7D7B6A044F43FDC3B339C76CE6D39 | Paint Me White |
| 08/28/2016 16:58:15 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 08/03/2016 22:48:55 | 8DCF84E3195E6E592EB5170F88029605857F37F2 | The Call Girl |
| 07/10/2016 19:03:04 | 6E9A617A476F7E0281E96F89746691A3505D830C | Chloe In Couture |
| 07/08/2016 20:13:43 | ADFC811745F594226B1B17C3EA09C02836965574 | Triple Blonde Fantasy |
| 06/10/2016 21:16:29 | B54A6FE4E71C4D9EF2B0F0DE316485D12A6237FF | Lovers in Paradise |
| 06/10/2016 21:14:50 | 3A31C0732C2BF18E97E969E65C1B8AE64F25665D | Constance Aaron X-Art on TV |
| 04/09/2016 12:37:53 | 3377BBBFBD81F1A5F99F50982D02173B39E20B22 | Come Fuck With Me |
| 04/09/2016 12:37:36 | D784B45E610625D15EC219F044B44D4F5732F209 | Twice as Nice |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

CNJ639